Judge Robert Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARMANDO S. SALDANA, ) <br> ) <br> Respondent. ) | NO. CR10-5001 RJB <br><br> **ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The Government's Sentencing Memorandum in this matter be FILED UNDER SEAL to protect the safety of all those involved in the investigation and prosecution of the case.

IT IS SO ORDERED.

DATED this 22nd day of October, 2010.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

s/Michael Dion
MICHAEL DION
Assistant United States Attorney

ORDER TO SEAL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970