THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR10-05001 RJB |
| Plaintiff, | |
| vs. | MOTION AND PROPOSED ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| ARMANDO S. SALDANA, | |
| Defendant. | |

COMES NOW the defendant, Armando S. Saldana, by and through his attorney, Zenon P. Olbertz, and hereby moves this Court for an Order sealing his Sentencing Memorndum.

RESPECTFULLY SUBMITTED this 15th day of October, 2010.

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

*/s/ Zenon P. Olbertz*
By:_____
Zenon P. Olbertz
WSB #6080

1

## ORDER

2

Before this Court is the defendant's motion for order sealing his sentencing memorandum;

3

and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

4

ORDERED that the defendant's Sentencing Memorandum is hereby filed under seal.

5

DONE IN OPEN COURT this 22nd day of October, 2010.

6

7

8    _____

9    ROBERT J. BRYAN
     United States District Judge

10

11   Presented by:

12   LAW OFFICE OF
     ZENON PETER OLBERTZ
13   Attorney for Defendant

14       */s/ Zenon P. Olbertz*
     By: _____
15       Zenon P. Olbertz
         WSB #6080

16

17

18

19

20

21

22

23

24

25

26

27

MOTION AND PROPOSED ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

CERTIFICATE OF SERVICE

I hereby certify that on October 15th 2010, I electronically filed the foregoing Defendant's Motion & Order to Seal Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Dion
>Assistant United States Attorney
>700 Stewart Street, Suite 5220
>Seattle, WA  98101-1271

I hereby certify that on October 15th 2010, I mailed the Defendant's Motion & Order to Seal Document to the following:

>Armando S. Saldana
>Reg #39918-086
>Federal Detention Center
>P. O. Box 13900
>Seattle, WA   98195

DATED this 15th day of October, 2010.

*/s/ Sarah M. Heckman*

Sarah M. Heckman